

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2015

No. 04-15-00357-CR

In re **GAMBLING DEVICES AND PROCEEDS**,
Appellant
From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVK001558 D3 & 2015CRP000775 D3
Honorable Rebeca Ramirez Palomo, Judge Presiding

## O R D E R

On June 11, 2015, the State filed a notice of appeal stating that it is appealing the trial court's order signed on June 10, 2015 ordering the return of property seized from the residence located at 2831 Emory Loop, Laredo, Texas 78043. The State also requested a stay of the underlying trial court proceedings during pendency of the appeal. Appellees filed a response and motion to dismiss for lack of jurisdiction, and the State replied. After consideration of the motion, response, and reply, we conclude that the stay is warranted. Accordingly, the State's motion for a stay is GRANTED. It is ORDERED that all proceedings in Trial Court Cause Nos. 2015-CRP-000775-D2 and 2015-CVK-001558-D3, styled *In Re: Gambling Devices and Proceeds,* in the 341st Judicial District Court, Webb County, Texas, are ORDERED STAYED pending disposition of this appeal.

It is FURTHER ORDERED that appellees' motion to dismiss for lack of jurisdiction is HELD IN ABEYANCE and will be carried with the appeal. The parties are instructed to fully address the jurisdictional issue in their appellant's and appellees' briefs.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court